Sophia S. Lau, Esq. (Nevada Bar No. 13365)
*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF GSAA HOME EQUITY TRUST 2005-15 ASSET-BACKED CERTIFICATE SERIES 2005-15, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00333-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff HSBC Bank, National Association, as Trustee for the Holders of the GSAA Home Equity Trust 2005-15 Asset-Backed Certificate Series 2005-15 (hereinafter "HSBC"), and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, HSBC filed its Complaint in this matter on February 25, 2019 (ECF No. 1);

**WHEREAS**, Fidelity was served with the Summons and Complaint on or about May 28, 2019;

**WHEREAS**, counsel for Fidelity was only recently retained and requires additional time to respond to the Complaint;

**WHEREAS**, this is the first stipulation for an extension of Fidelity's time to respond to the Complaint; and

**WHEREAS**, HSBC has agreed to extend Fidelity's time to respond to the Complaint to July 2, 2019.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity shall file its response to the Complaint in this matter on or before <u>July 2, 2019</u>.
2. Fidelity intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether it is subject to personal jurisdiction in this forum.

Dated this 18th day of June 2019

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: <u>/s/ Sophia S. Lau</u>
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148

Attorneys for Defendant
Fidelity National Title Insurance Company

Dated this 18th day of June 2019

WRIGHT, FINLAY & ZAK, LLP

By: <u>/s/ Christina V. Miller</u>
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

Attorneys for Plaintiff
HSBC Bank, National Association, as Trustee for
the Holders of the GSAA Home Equity Trust 2005-15
Asset-Backed Certificate Series 2005-15

**ORDER**

**IT IS SO ORDERED:**

By: _____
BRENDA WEKSLER
U.S. MAGISTRATE JUDGE

Dated: June 20, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ Kevin S. Sinclair*

Kevin S. Sinclair
EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP